IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACQUELINE DAVIS                                                                                            PLAINTIFF

Vs.                                           CASE NO. 5:08CV00017 BSM

ASTRAZENECA PHARMACEUTICALS, LP, et al                                       DEFENDANTS

ORDER

Plaintiff filed her complaint on January 28, 2008, and the docket sheet reflects "summons issued and returned to plaintiff's attorney for service." However, the case file does not reflect that plaintiff has served defendants with process in this matter or that she has complied with Federal Rule of Civil Procedure 4(m) requiring service upon defendants within 120 days after the complaint is filed. It appears that plaintiff does not wish to pursue this action.

IT IS THEREFORE ORDERED that plaintiff shall file proof of service in this case within eleven (11) days of the entry-date of this Order. If plaintiff fails to comply with this Order, the court will dismiss this action for failure to prosecute.

IT IS SO ORDERED this 28th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE